UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | | |
|---|---|---|
| RALPH STEPHENS BAZE, JR., | ) | |
| Plaintiff, | ) | Civil Action No. 3: 08-54-DCR |
| V. | ) | |
| KENTUCKY DEPARTMENT OF CORRECTIONS, et al., | ) | **JUDGMENT** |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with the Memorandum Opinions and Orders entered in this action on November 25, 2008 [Record No. 5], March 3, 2009 [Record No. 13], and this date [Record No. 40], and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. This matter is **DISMISSED** and **STRICKEN** from the Court's docket.

2. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 31st day of January, 2011.

